Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–34160–VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Arlette Hernandez
51 Willard Avenue
Bloomfield, NJ 07003

Social Security No.:
xxx–xx–3441

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/30/2017 and a confirmation hearing on such Plan has been scheduled for 2/1/2018.

The debtor filed a Modified Plan on 01/29/2018 and a confirmation hearing on the Modified Plan is scheduled for 3/1/2018 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: January 30, 2018
JAN: mg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                        Case No. 17-34160-VFP
Arlette Hernandez                                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin                    Page 1 of 2              Date Rcvd: Jan 30, 2018
                                  Form ID: 186                   Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
db              +Arlette Hernandez,   51 Willard Avenue,   Bloomfield, NJ 07003-4830
517204139       +Buckley Madole, PC,   99 Wood Avenue South, Ste 803,   Iselin, NJ 08830-2713
517204141        Chase,   PO Box 78035,   Phoenix, AZ 85062-8035
517204143       +Ganj,   PO Box 51074,   Newark, NJ 07101-5174
517204144       +Hackensack UMC/Mountainside,   1 Bay Avenue,   Montclair, NJ 07042-4837
517204146       +Mohela,   PO Box 10537,   Atlanta, GA 30310-0537
517204147        Phoenix Financial Services, LLC,   PO Box 361450,   Ste 200,   Cincinnati, OH 45236
517204148       +Premier Endoscopy, LLC,   164 Brighton Road,   Clifton, NJ 07012-1499
517204149       +Specialized Loan Servicing, LLC,   PO Box 636005,   Littleton, CO 80163-6005
517204150       +Summit Medical Group,   PO Box 14000,   Belfast, ME 04915-4033
517204151       +System,   PO Box 29948,   New York, NY 10087-9948
517204153      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Motor Credit Corp.,   5005 N. River Blvd. NE,
                 Cedar Rapids, IA 52411-6634)
517226556       +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517204152       +Toyota,   PO Box 5326,   Carol Stream, IL 60197-5326
517298851       +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
517216865       +U S Department of Education/MOHELA,   633 Spirit Drive,   Chesterfield, MO 63005-1243
517204154       +Wells Fargo,   PO Box 77053,   Minneapolis, MN 55480-7753

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 30 2018 23:18:41    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 30 2018 23:18:38    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517204140       +E-mail/Text: bankruptcy@certifiedcollection.com Jan 30 2018 23:18:29
                 Certified Credit & Collection Bureau,   PO Box 1750,   Whitehouse Station, NJ 08889-1750
517204142       +E-mail/Text: ebn@barnabashealth.org Jan 30 2018 23:19:03    Clara Mass Medical Center,
                 PO Box 29948,   New York, NY 10087-9948
517232571       +E-mail/PDF: hcscollections@verizon.net Jan 30 2018 23:15:19    HCS Collections,   PO Box 306,
                 Waldwick, NJ 07463-0306
517204145        E-mail/Text: cio.bncmail@irs.gov Jan 30 2018 23:18:19    Internal Revenue Service,
                 SBSE/Insolvency Unit of the IRS,   PO Box 330500-Stop 15,   Detroit, MI 48232
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
              Andrea Silverman    on behalf of Debtor Arlette Hernandez court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New
               York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset
               Backed Securities Trust 2005-SD3, Asset-Backed Certifi rsolarz@kmllawgroup.com

```
District/off: 0312-2           User: admin                Page 2 of 2            Date Rcvd: Jan 30, 2018
                               Form ID: 186               Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                      TOTAL: 4