Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−34160−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arlette Hernandez
   51 Willard Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−3441

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       4/5/18
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Andrea Silverman

COMMISSION OR FEES
6173.50

EXPENSES
177.04

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: March 16, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Arlette Hernandez  
    Debtor

Case No. 17-34160-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Mar 16, 2018  
                   Form ID: 137      Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2018.

```
db          +Arlette Hernandez,    51 Willard Avenue,    Bloomfield, NJ 07003-4830
517204139   +Buckley Madole, PC,    99 Wood Avenue South, Ste 803,    Iselin, NJ 08830-2713
517204141    Chase,    PO Box 78035,    Phoenix, AZ 85062-8035
517204143   +Ganj,    PO Box 51074,    Newark, NJ 07101-5174
517232571   +HCS Collections,    PO Box 306,    Waldwick, NJ 07463-0306
517204144   +Hackensack UMC/Mountainside,    1 Bay Avenue,    Montclair, NJ 07042-4837
517382129    JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
              Rochester, MI  48308-0730
517204146   +Mohela,    PO Box 10537,    Atlanta, GA 30310-0537
517204147    Phoenix Financial Services, LLC,    PO Box 361450,    Ste 200,    Cincinnati, OH 45236
517204148   +Premier Endoscopy, LLC,    164 Brighton Road,    Clifton, NJ 07012-1499
517204149   +Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
517204150   +Summit Medical Group,    PO Box 14000,    Belfast, ME 04915-4033
517204151   +System,    PO Box 29948,    New York, NY 10087-9948
517204153  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corp.,    5005 N. River Blvd. NE,
              Cedar Rapids, IA 52411-6634)
517226556   +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517204152   +Toyota,    PO Box 5326,    Carol Stream, IL 60197-5326
517298851   +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
              Addison, Texas 75001-9013
517216865   +U S Department of Education/MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243
517204154   +Wells Fargo,    PO Box 77053,    Minneapolis, MN 55480-7753
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 16 2018 21:45:10     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 16 2018 21:45:09      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517204140   +E-mail/Text: bankruptcy@certifiedcollection.com Mar 16 2018 21:45:05
              Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
517204142   +E-mail/Text: ebn@barnabashealth.org Mar 16 2018 21:45:24      Clara Mass Medical Center,
              PO Box 29948,    New York, NY 10087-9948
517204145    E-mail/Text: cio.bncmail@irs.gov Mar 16 2018 21:44:57      Internal Revenue Service,
              SBSE/Insolvency Unit of the IRS,    PO Box 330500-Stop 15,    Detroit, MI 48232
517326631   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2018 21:45:58      Verizon,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 6
```

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2            User: admin                 Page 2 of 2                 Date Rcvd: Mar 16, 2018
                                Form ID: 137                Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2018 at the address(es) listed below:

        Andrea   Silverman    on behalf of Debtor Arlette  Hernandez court@andreasilvermanlaw.com, r62214@notify.bestcase.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD3, Asset-Backed Certifi rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                            TOTAL: 4