**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

ANDREA SILVERMAN, PC (AS5218)
150 River Road,
Unit O2B
Montville, NJ 07045
Phone: 973-794-3960
Attorney for Debtor

Order Filed on April 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Arlette Hernandez

               Debtor(s)

Case No.     17-34160

Chapter:     13

Hearing Date:   April 5, 2018 @ 2:00 pm

Judge: Hon. Vincent F. Papalia

## ORDER GRANTING PRE-CONFIRMATION CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: April 11, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page:   2
Debtors: Arlette Hernandez
Case No. 17-34160-VFP
Caption:  Order Granting Pre-Confirmation Chapter 13 Fees
_____

**THIS MATTER** being opened to the Court by Andrea Silverman., attorney for the debtors, Arlette Hernandez, for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of and Application for Allowance and for good cause otherwise appearing:

**ORDERED,** that Andrea Silverman, Esq., is allowed of fee of $6,173.50 for services rendered and $177.04 for additional costs , for a total of $6,350.54 of which $5,200.00 has been previously paid for a total owing of previously received for a total owing of $1,150.54.   The allowance shall be payable:

_____X____        through the Chapter 13 plan as an administrative priority.


_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall be determined at Confirmation, and it further;

**ORDERED**, that should this case terminate due to dismissal, or for any reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.