**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

ANDREA SILVERMAN, PC (AS5218)
150 River Road,
Unit O2B
Montville, NJ 07045
Phone: 973-794-3960
Attorney for Debtor

Order Filed on April 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Arlette Hernandez

                Debtor(s)

Case No.:    17-34160

Chapter:    13

Hearing Date:    April 5, 2018 @ 2:00 pm

Judge: Hon. Vincent F. Papalia

## ORDER GRANTING PRE-CONFIRMATION CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: April 11, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page:   2
Debtors: Arlette Hernandez
Case No. 17-34160-VFP
Caption:  Order Granting Pre-Confirmation Chapter 13 Fees

_____

**THIS MATTER** being opened to the Court by Andrea Silverman., attorney for the debtors, Arlette Hernandez, for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of and Application for Allowance and for good cause otherwise appearing:

**ORDERED,**  that Andrea Silverman, Esq., is allowed of fee of $6,173.50 for  services rendered and $177.04 for additional costs , for a total of $6,350.54 of which $5,200.00 has been previously paid for a total owing of previously received for a total owing of $1,150.54.   The allowance shall be  payable:

_____X____        through the Chapter 13 plan as an administrative priority.


_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall be determined at Confirmation, and it further;

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
Arlette Hernandez  
      Debtor

Case No. 17-34160-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin     Page 1 of 1     Date Rcvd: Apr 11, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2018.  
db          +Arlette Hernandez,    51 Willard Avenue,    Bloomfield, NJ 07003-4830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2018 at the address(es) listed below:  
         Andrea   Silverman    on behalf of Debtor Arlette   Hernandez court@andreasilvermanlaw.com,  
           r62214@notify.bestcase.com  
         Marie-Ann   Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New  
           York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset  
           Backed Securities Trust 2005-SD3, Asset-Backed Certifi rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                         TOTAL: 4