| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ANDREA SILVERMAN, PC (AS5218)<br>150 River Road,<br>Unit O2B<br>Montville, NJ 07045<br>Phone: 973-794-3960<br>Attorney for Debtor | Order Filed on October 4, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Arlette Hernandez<br><br>Debtor(s) | Case No.   17-34160-VFP<br><br>Chapter:   13<br><br>Hearing Date:   N/A<br><br>Judge: Hon. Vincent F. Papalia |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: October 4, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page:  2
Debtors: Arlette Hernandez
Case No. 17-34160-VFP
Caption:  Order Granting Supplemental Chapter 13 Fees

_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Andrea Silverman, Esq., is allowed of fee of $400.00 for additional services. The allowance shall be payable:

_____X____    through the Chapter 13 plan as an administrative priority.

_____    outside the Chapter 13 plan.

**ORDERED**, that Debtor's Plan payment shall remain the same and it is further;

**ORDERED**, that should this case terminate due to dismissal, or for any reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.