UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Andrea Silverman, PC
150 River Road, O2B
Montville, NJ 07045
(973)794-3960/(973)794-3962(fax)
Bar ID 081642004
Attorney for Debtor(s)

Order Filed on April 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Arlette Hernandez

Case No.:           17-34160

Chapter:                13

Judge:                 VFP

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 17, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation filed by _____Debtor (with SLS)_____, on _____12/19/2018_____, and a Request for

- ❏ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____7/31/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*new.8/1/11*