| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR **9004-2(c)**<br><br>ANDREA SILVERMAN, PC<br>150 River Road, Unit O2B<br>Montville, New Jersey<br>(973) 794-3960/(973) 794-3962(fax)<br>Bar ID 018642004<br>Attorney for Debtor, Arlette Hernandez | Order Filed on August 29, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Arlette Hernandez<br><br>               Debtor | Case No. 17-34160<br><br>Chapter: 13<br><br>Hearing Date:<br><br>Judge: VFP |

### ORDER ON APPLICATION FOR EXTENSION OF LOSS MITIGATION WITH SLS AND SCHEDULING STATUS CONFERENCE

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: August 29, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page:  2
Debtor:  Arlette Hernandez
Case No. 17-21875/RG
Caption:  Order on Application to Extend Loss Mitigation with SLS and Scheduling Status Conference
_____

**THIS MATTER,** being opened before the Court by Andrea Silverman, PC, attorney for the Debtor, Arlette Hernandez, having filed an Application for Extension of Loss Mitigation Period and Scheduling Status Conference, and this Court having considered arguments, and good cause appearing, and there being no opposition,

**IT IS HEREBY,**

**ORDERED**, that the Application to Extend the Loss Mitigation Period is extended until  November 19, 2019; and it is further

**ORDERED**, that a status conference shall be conducted on  September 19, 2019 @ 10:00 am; and it is further

**ORDERED**, that McCalla Raymer, loss mitigation counsel for SLS, AND a representative of SLS are required to appear in court (personally or telephonically).