**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

ANDREA SILVERMAN, PC
150 River Road, Unit O2B
Montville, New Jersey
(973) 794-3960/(973) 794-3962(fax)
Bar ID 018642004
Attorney for Debtor, Arlette Hernandez

Order Filed on August 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Arlette Hernandez

                      Debtor

Case No. 17-34160

Chapter: 13

Hearing Date:

Judge: VFP

### ORDER ON APPLICATION FOR EXTENSION OF LOSS MITIGATION WITH SLS AND SCHEDULING STATUS CONFERENCE

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: August 29, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page:   2
Debtor:  Arlette Hernandez
Case No. 17-21875/RG
Caption:  Order on Application to Extend Loss Mitigation with SLS and Scheduling Status Conference
_____

**THIS MATTER,** being opened before the Court by Andrea Silverman, PC, attorney for the Debtor, Arlette Hernandez, having filed an Application for Extension of Loss Mitigation Period and Scheduling Status Conference, and this Court having considered arguments, and good cause appearing, and there being no opposition,

**IT IS HEREBY,**

**ORDERED**, that the Application to Extend the Loss Mitigation Period is extended until  November 19, 2019; and it is further

**ORDERED**, that a status conference shall be conducted on  September 19, 2019 @ 10:00 am; and it is further

**ORDERED**, that McCalla Raymer, loss mitigation counsel for SLS, AND a representative of SLS are required to appear in court (personally or telephonically).

United States Bankruptcy Court
District of New Jersey

In re:  
Arlette Hernandez  
    Debtor

Case No. 17-34160-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 29, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.  
db            +Arlette Hernandez,    51 Willard Avenue,    Bloomfield, NJ 07003-4830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:  
          Andrea Silverman    on behalf of Debtor Arlette Hernandez court@andreasilvermanlaw.com, r62214@notify.bestcase.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD3, Asset-Backed Certifi rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                  TOTAL: 4