Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17–34160–VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arlette Hernandez
   51 Willard Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx–xx–3441

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:                  November 7, 2019
Time:                10:00 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*78* – Application for Early Termination of Loss Mitigation Period. Filed by Keri P. Ebeck on behalf of Specialized Loan Servicing, LLC as Servicer for The Bank of New York Mellon, f/k/a The Bank of New York, as Successor–in–interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset–Backed. Objection deadline is 9/30/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Ebeck, Keri)

*79* – Objection to SLS's Application for Early Termination (related document:78 Application for Early Termination of Loss Mitigation Period. Filed by Keri P. Ebeck on behalf of Specialized Loan Servicing, LLC as Servicer for The Bank of New York Mellon, f/k/a The Bank of New York, as Successor–in–interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset–Backed. Objection deadline is 9/30/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC as Servicer for The Bank of New York Mellon, f/k/a The Bank of New York, as Successor–in–interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset–Backed) filed by Andrea Silverman on behalf of Arlette Hernandez. (Attachments: # 1 Certificate of Service) (Silverman, Andrea)

and transact such other business as may properly come before the meeting.

Dated: September 30, 2019
JAN: mcp

                                                                                 Jeanne Naughton
                                                                                  Clerk