# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−34160−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Arlette Hernandez
  51 Willard Avenue
  Bloomfield, NJ 07003

Social Security No.:
  xxx−xx−3441

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:           November 7, 2019
Time:           10:00 AM
Location:       Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*78* – Application for Early Termination of Loss Mitigation Period. Filed by Keri P. Ebeck on behalf of Specialized Loan Servicing, LLC as Servicer for The Bank of New York Mellon, f/k/a The Bank of New York, as Successor−in−interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset−Backed. Objection deadline is 9/30/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Ebeck, Keri)

*79* – Objection to SLS's Application for Early Termination (related document:78 Application for Early Termination of Loss Mitigation Period. Filed by Keri P. Ebeck on behalf of Specialized Loan Servicing, LLC as Servicer for The Bank of New York Mellon, f/k/a The Bank of New York, as Successor−in−interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset−Backed. Objection deadline is 9/30/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC as Servicer for The Bank of New York Mellon, f/k/a The Bank of New York, as Successor−in−interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset−Backed) filed by Andrea Silverman on behalf of Arlette Hernandez. (Attachments: # 1 Certificate of Service) (Silverman, Andrea)

and transact such other business as may properly come before the meeting.

Dated: September 30, 2019
JAN: mcp

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-34160-VFP
Arlette Hernandez                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1           Date Rcvd: Sep 30, 2019
                              Form ID: 173           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db          +Arlette Hernandez,    51 Willard Avenue,    Bloomfield, NJ 07003-4830
cr          +JPMORGAN CHASE BANK, N.A.,    700 Kansas Ln, Mail Code LA4-5555,    Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
          Andrea   Silverman    on behalf of Debtor Arlette   Hernandez court@andreasilvermanlaw.com,
           r62214@notify.bestcase.com
          Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicer for The Bank
           of New York Mellon, f/k/a The Bank of New York, as Successor-in-interest to JPMorgan Chase Bank,
           N.A., as Trustee for Bear Stearns Asset-Backed kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
           York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset
           Backed Securities Trust 2005-SD3, Asset-Backed Certifi rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5