| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ANDREA SILVERMAN, PC (AS5218)<br>150 River Road,<br>Unit O2B<br>Montville, NJ 07045<br>Phone: 973-794-3960<br>Attorney for Debtor | Order Filed on December 2, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

    Arlette Hernandez

                 Debtor(s)

Case No.    17-34160-VFP

Chapter:    13

Hearing Date:  N/A

Judge: Hon. Vincent F. Papalia

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: December 2, 2019**

                                                                         /s/ Vincent F. Papalia
                                                           **Honorable Vincent F. Papalia**
                                                           **United States Bankruptcy Judge**

Page:  2
Debtors: Arlette Hernandez
Case No. 17-34160-VFP
Caption:  Order Granting Supplemental Chapter 13 Fees

_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Andrea Silverman, Esq., is allowed of fee of $500.00 for additional services.

The allowance shall be payable:

_____X____        through the Chapter 13 plan as an administrative priority.

_____        outside the Chapter 13 plan.

**ORDERED**, that Debtor's Plan payment shall remain the same and it is further;

**ORDERED**, that should this case terminate due to dismissal, or for any reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.