| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| | Order Filed on September 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

Arlette Hernandez,

Debtor.

Case No.: 17-34160

Chapter: 13

Judge: Vincent F. Papalia

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 10, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having granted the Application for extension of Loss Mitigation concerning the following property and creditor on __8/29/2019__:

Property: __51 Willard Avenue, Bloomfield, NJ 07003__

Creditor: __Specialized Loan Servicing, LLC__

and a Request for

☐ Extension of the Loss Mitigation Period having been filed by _____, and for good cause shown,

☒ Early Termination of the Loss Mitigation Period having been filed by __9/26/2019__, and for the reasons set forth on the record by the Court at a hearing on 9/3/2020, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including __10/5/2020__*.

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*No further extension shall be granted unless otherwise agreed to by the Debtor and the lender.

*rev.12/17/19*

```
                           United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 17-34160-VFP
Arlette Hernandez                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1            Date Rcvd: Sep 10, 2020
                             Form ID: pdf903          Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
db             +Arlette Hernandez,    51 Willard Avenue,    Bloomfield, NJ 07003-4830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:
              Jenee K. Ciccarelli    on behalf of Debtor Arlette  Hernandez info@jc-lawpc.com,
               nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
              Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicer for The Bank
               of New York Mellon, f/k/a The Bank of New York, as Successor-in-interest to JPMorgan Chase Bank,
               N.A., as Trustee for Bear Stearns Asset-Backed kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset
               Backed Securities Trust 2005-SD3, Asset-Backed Certifi rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```