UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

In re:

Arlette Hernandez

                                    Debtor.

Order Filed on October 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 17-34160-VFP

Hearing Date: October 15, 2020

Judge Vincent F. Papalia

## CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 26, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:              Arlette Hernandez
Case No.:            17-34160-VFP
Caption of Order:    **CONSENT ORDER GRANTING RELIEF FROM THE
                     AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay filed by Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("Creditor"), and whereas the Debtor and Creditor are in agreement, it is **ORDERED**:

1.      The Debtor is deemed to have surrendered the Vehicle to Creditor and the automatic stay provided under 11 U.S.C. §362(a) is terminated as to Creditor's interest in the personal property described as **2017 Toyota Camry, VIN: 4T1BF1FK9HU708964 (**"Vehicle").

2.      Creditor has complete relief to take any and all steps necessary to liquidate its interest in the Vehicle but Creditor shall not obtain *in personam* relief against the Debtor.

**STIPULATED AND AGREED:**


*/s/ Jenee K. Ciccarelli*                      */s/ Gavin N. Stewart*
Jenee K. Ciccarelli                            Gavin N. Stewart
Ciccarelli Law, PC                             Stewart Legal Group, P.L.
47 Park Avenue, Suite 304                      401 East Jackson Street, Suite 2340
West Orange, NJ 07052                          Tampa, FL 33602
*Counsel to Debtor*                            *Counsel to Creditor*