| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* |
| In re:<br><br>Arlette Hernandez<br>                                             Debtor. |

Order Filed on October 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 17-34160-VFP

Hearing Date: October 15, 2020

Judge Vincent F. Papalia

**CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 26, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:              Arlette Hernandez
Case No.:            17-34160-VFP
Caption of Order:    **CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay filed by Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("Creditor"), and whereas the Debtor and Creditor are in agreement, it is **ORDERED**:

1. The Debtor is deemed to have surrendered the Vehicle to Creditor and the automatic stay provided under 11 U.S.C. §362(a) is terminated as to Creditor's interest in the personal property described as **2017 Toyota Camry, VIN: 4T1BF1FK9HU708964** ("Vehicle").

2. Creditor has complete relief to take any and all steps necessary to liquidate its interest in the Vehicle but Creditor shall not obtain *in personam* relief against the Debtor.

**STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Jenee K. Ciccarelli* | */s/ Gavin N. Stewart* |
| Jenee K. Ciccarelli | Gavin N. Stewart |
| Ciccarelli Law, PC | Stewart Legal Group, P.L. |
| 47 Park Avenue, Suite 304 | 401 East Jackson Street, Suite 2340 |
| West Orange, NJ 07052 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |

United States Bankruptcy Court

District of New Jersey

In re:  
Arlette Hernandez  
    Debtor(s)

Case No. 17-34160-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 26, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**

**Recip ID    Recipient Name and Address**  
db    + Arlette Hernandez, 51 Willard Avenue, Bloomfield, NJ 07003-4830

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

**Name    Email Address**

Gavin Stewart  
    on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bk@stewartlegalgroup.com

Jenee K. Ciccarelli  
    on behalf of Debtor Arlette Hernandez info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Keri P. Ebeck  
    on behalf of Creditor Specialized Loan Servicing LLC as Servicer for The Bank of New York Mellon, f/k/a The Bank of New York, as Successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset-Backed KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com

Marie-Ann Greenberg  
    magecf@magtrustee.com

Rebecca Ann Solarz  
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD3, Asset-Backed Certifi

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 26, 2020 | Form ID: pdf903 | Total Noticed: 1

        rsolarz@kmllawgroup.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6