Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−34160−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arlette Hernandez
   51 Willard Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−3441

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        12/3/20
Time:        02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ
07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

---

APPLICANT(S)
Jenee K. Ciccarelli, Debtor's Attorney, period: 11/1/2019 to 10/22/2020,

COMMISSION OR FEES
$9963.00

EXPENSES
$16.00

---

If this is a chapter 13 case, the fees and expenses awarded:

   ☑     will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☐     will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 10, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 17-34160-VFP

Arlette Hernandez                                                                    Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                          Page 1 of 2

Date Rcvd: Nov 10, 2020          Form ID: 137                      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arlette Hernandez, 51 Willard Avenue, Bloomfield, NJ 07003-4830 |
| cr | + | Toyota Motor Credit Corporation as servicer for To, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517204141 | | Chase, PO Box 78035, Phoenix, AZ 85062-8035 |
| 517204143 | + | Ganj, PO Box 51074, Newark, NJ 07101-5174 |
| 517204144 | + | Hackensack UMC/Mountainside, 1 Bay Avenue, Montclair, NJ 07042-4837 |
| 517204146 | + | Mohela, PO Box 10537, Atlanta, GA 30310-0537 |
| 517204147 | | Phoenix Financial Services, LLC, PO Box 361450, Ste 200, Cincinnati, OH 45236 |
| 517204148 | + | Premier Endoscopy, LLC, 164 Brighton Road, Clifton, NJ 07012-1499 |
| 517204149 | + | Specialized Loan Servicing, LLC, PO Box 636005, Littleton, CO 80163-6005 |
| 517441318 | | St Mary's Hospital, c/o CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517204150 | + | Summit Medical Group, PO Box 14000, Belfast, ME 04915-4033 |
| 517204151 | + | System, PO Box 29948, New York, NY 10087-9948 |
| 517204153 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corp., 5005 N. River Blvd. NE, Cedar Rapids, IA 52411-6634 |
| 517226556 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517204152 | + | Toyota, PO Box 5326, Carol Stream, IL 60197-5326 |
| 517298851 | + | Toyota Lease Trust, c/o Toyota Motor Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517216865 | + | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 517204154 | + | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| 517397643 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2020 22:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2020 22:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 10 2020 22:52:25 | JPMORGAN CHASE BANK, N.A., 700 Kansas Ln, Mail Code LA4-5555, Monroe, LA 71203 |
| 517204140 | + | Email/Text: bankruptcy@certifiedcollection.com | Nov 10 2020 22:31:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517204142 | + | Email/Text: ebn@rwjbh.org | Nov 10 2020 22:32:00 | Clara Mass Medical Center, PO Box 29948, New York, NY 10087-9948 |
| 517232571 | + | Email/Text: info@payhcs.com | Nov 10 2020 22:33:00 | HCS Collections, PO Box 306, Waldwick, NJ 07463-0306 |
| 517204145 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 10, 2020 | Form ID: 137 | Total Noticed: 28

| | | | |
|---|---|---|---|
| | | Nov 10 2020 22:31:00 | Internal Revenue Service, SBSE/Insolvency Unit of the IRS, PO Box 330500-Stop 15, Detroit, MI 48232 |
| 517382129 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Nov 10 2020 22:53:43 | Chase Bank, N.A., ATTN: HE Payment Processing, Mail Code OH14-7164, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 517326631 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Nov 10 2020 22:51:24 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID** | **Bypass Reason** | **Name and Address**
517204139 | ##+ | Buckley Madole, PC, 99 Wood Avenue South, Ste 803, Iselin, NJ 08830-2713

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2020 | Signature: | /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gavin Stewart | |
| | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bk@stewartlegalgroup.com |
| Jenee K. Ciccarelli | |
| | on behalf of Debtor Arlette Hernandez info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Specialized Loan Servicing LLC as Servicer for The Bank of New York Mellon, f/k/a The Bank of New York, as Successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset-Backed KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD3, Asset-Backed Certifi rsolarz@kmllawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6