**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Jenèe K. Ciccarelli, Esq. (JC/0693) Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone: 973-737-9060  Fax:973-619-0023
jenee@jc-lawpc.com

Order Filed on December 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Arlette Hernandez

                Debtor(s)

Case No.    17-34160-VFP

Chapter:    13

Hearing Date:    December 3, 2020 @ 2:00 pm

Judge: Hon. Vincent F. Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: December 7, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page:  2
Debtors: Arlette Hernandez
Case No. 17-34160-VFP
Caption:  Order Granting Supplemental Chapter 13 Fees

_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,**  that Jenee Ciccarelli., is allowed of fee of $9,963.00 for additional services and $16.00 for additional disbursements for a total of $9,979.00 minus the $1,000 previous paid by the Debtor for a total due of $8,979.  The allowance shall be  payable:

_____X____        through the Chapter 13 plan as an administrative priority.

_____        outside the Chapter 13 plan.

**ORDERED**, that Debtor's Plan payment shall increase from $250.00/mo. to $360.00/mo. for the duration of the Plan;

**ORDERED**, that the Debtor shall file a Modified Plan within 14 days of the entry of this Order reflecting a new term and Plan amounts;

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.