Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−34160−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arlette Hernandez
   51 Willard Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−3441

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 5, 2021.

Dated: February 5, 2021
JAN: mcp

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Arlette Hernandez  
    Debtor

Case No. 17-34160-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 05, 2021      Form ID: plncf13      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arlette Hernandez, 51 Willard Avenue, Bloomfield, NJ 07003-4830 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Toyota Motor Credit Corporation as servicer for To, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517204141 | | Chase, PO Box 78035, Phoenix, AZ 85062-8035 |
| 517204143 | + | Ganj, PO Box 51074, Newark, NJ 07101-5174 |
| 517204144 | + | Hackensack UMC/Mountainside, 1 Bay Avenue, Montclair, NJ 07042-4837 |
| 517204146 | + | Mohela, PO Box 10537, Atlanta, GA 30310-0537 |
| 517204147 | | Phoenix Financial Services, LLC, PO Box 361450, Ste 200, Cincinnati, OH 45236 |
| 517204148 | + | Premier Endoscopy, LLC, 164 Brighton Road, Clifton, NJ 07012-1499 |
| 517204149 | + | Specialized Loan Servicing, LLC, PO Box 636005, Littleton, CO 80163-6005 |
| 517441318 | | St Mary's Hospital, c/o CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517204150 | + | Summit Medical Group, PO Box 14000, Belfast, ME 04915-4033 |
| 517204151 | + | System, PO Box 29948, New York, NY 10087-9948 |
| 517204153 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corp., 5005 N. River Blvd. NE, Cedar Rapids, IA 52411-6634 |
| 517226556 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517204152 | + | Toyota, PO Box 5326, Carol Stream, IL 60197-5326 |
| 519066039 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517298851 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517216865 | + | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 517204154 | + | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| 517397643 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 05 2021 22:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 05 2021 22:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 06 2021 00:07:12 | JPMORGAN CHASE BANK, N.A., 700 Kansas Ln, Mail Code LA4-5555, Monroe, LA 71203 |
| 517204140 | + | Email/Text: bankruptcy@certifiedcollection.com | Feb 05 2021 22:14:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517204142 | + | Email/Text: ebn@rwjbh.org | Feb 05 2021 22:15:00 | Clara Mass Medical Center, PO Box 29948, New York, NY 10087-9948 |
| 517232571 | + | Email/Text: info@payhcs.com | Feb 05 2021 22:15:00 | HCS Collections, PO Box 306, Waldwick, NJ |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 05, 2021 | Form ID: plncf13 | Total Noticed: 30 |

| 517204145 | Email/Text: sbse.cio.bnc.mail@irs.gov | | 07463-0306 |
| --- | --- | --- | --- |
| | | Feb 05 2021 22:13:00 | Internal Revenue Service, SBSE/Insolvency Unit of the IRS, PO Box 330500-Stop 15, Detroit, MI 48232 |
| 517382129 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 05 2021 23:52:57 | Chase Bank, N.A., ATTN: HE Payment Processing, Mail Code OH14-7164, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 517326631 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 05 2021 23:54:29 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 517204139 | ##+ | Buckley Madole, PC, 99 Wood Avenue South, Ste 803, Iselin, NJ 08830-2713 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 07, 2021                      Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2021 at the address(es) listed below:

**Name**     **Email Address**

Gavin Stewart
on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com

Jenee K. Ciccarelli
on behalf of Debtor Arlette Hernandez info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Keri P. Ebeck
on behalf of Creditor Specialized Loan Servicing  LLC as Servicer for The Bank of New York Mellon, f/k/a The Bank of New York, as Successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset-Backed KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com

Marie-Ann Greenberg
magecf@magtrustee.com

Rebecca Ann Solarz
on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD3, Asset-Backed Certifi rsolarz@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Feb 05, 2021 Form ID: plncf13 Total Noticed: 30
TOTAL: 7