| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon, f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD3, Asset-Backed Certificates, Series 2005-SD3* | Chapter 13 |
| In re:<br><br>Arlette Hernandez<br><br>                                              Debtor. | Case No. 17-34160-VFP<br><br>Hearing Date: December 2, 2021<br><br>Judge Vincent F. Papalia |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Withdrawn**.

Matter: **Motion for Relief from the Automatic Stay and Co-Debtor Stay** (Doc. No. 120).

Dated: December 1, 2021

                                        Stewart Legal Group, P.L.
                                        Attorney for Creditor

            By:    */s/Gavin N. Stewart*
                                        Gavin N. Stewart, Esq.