Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−34160−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arlette Hernandez
   51 Willard Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−3441

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/20/22 at 10:00 AM

to consider and act upon the following:

*125* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/17/2021. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*130* − Certification in Opposition to (related document:125 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/17/2021. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Jenee K. Ciccarelli on behalf of Arlette Hernandez. (Attachments: # 1 Certificate of Service) (Ciccarelli, Jenee)

Dated: 12/20/21

                                                                    Jeanne Naughton
                                                                    Clerk, U.S. Bankruptcy Court