| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Michael J. Milstead<br>Attorney ID: 021031989<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 231280-1<br>Attorneys for Secured Creditor: The Bank of New York Mellon, successor to JPMorgan Chase Bank, N.A., as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Securities Trust 2005-SD3, Asset-Backed Certificates, Series 2005-SD3 | |
| In Re:<br><br>Arlette Hernandez | Case No.: 17-34160-VFP<br>Chapter 13<br><br>Judge: Vincent F. Papalia |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of The Bank of New York Mellon, successor to JPMorgan Chase Bank, N.A., as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Securities Trust 2005-SD3, Asset-Backed Certificates, Series 2005-SD3. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:
                Michael J. Milstead, Esquire
                Milstead & Associates, LLC
                1 E. Stow Road
                Marlton, NJ 08053

    DOCUMENTS:
                ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
                ☒ All documents and pleadings of any nature.

Document      Page 2 of 2

| DATED: February 2, 2022 | MILSTEAD & ASSOCIATES, LLC<br><br>/s/ *Michael J. Milstead*<br>Michael J. Milstead, Esquire<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 231280-1<br>Attorneys for Secured Creditor |
|---|---|