| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br> Marie-Ann Greenberg MAG-1284 <br> Marie-Ann Greenberg, Standing Trustee <br> 30 TWO BRIDGES ROAD <br> SUITE 330 <br> FAIRFIELD, NJ  07004-1550 <br> 973-227-2840 <br> Chapter 13 Standing Trustee |
| IN RE: <br><br> ARLETTE HERNANDEZ |

Case No.: 17-34160

Adv. No.:

Hearing Date:  06/16/2022

Judge:  VFP

### CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/03/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor: 
ARLETTE HERNANDEZ 
51 WILLARD AVENUE 
BLOOMFIELD, NJ  07003 
Mode of Service:  Regular Mail

Attorney for Debtor(s): 
JENEE K. CICCARELLI 
CICCARELLI LAW, PC 
239 NEW ROAD 
BUILDING A, SUITE 301 
PARSIPPANY, NJ  07054 
Mode of Service:  ECF and/or Regular Mail

Dated:  May 03, 2022

By:  /S/  Jackie Michaels 
       Jackie Michaels