UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 17-34160 |
| Arlette Hernandez | Chapter: 13 |
| | Judge: Vincent Papalia |

## NOTICE OF PROPOSED PRIVATE SALE

_____Arlette Hernandez_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | United States Bankruptcy Court<br>King Federal Building<br>50 Walnut Street -- 3rd Floor<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable _____Vincent Papalia_____ on _____June 16, 2022_____ at _____10:00_____ a.m. at the United States Bankruptcy Court, courtroom no. ___3B___, _____50 Walnut Street, Newark, NJ 07102_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| | |
|---|---|
| Description of property to be sold: | 51 Willard Ave.<br>Bloomfield, NJ 07003 |

| | |
|---|---|
| Proposed Purchaser: | 13 Essex E Orange, LLC |

| | |
|---|---|
| Sale price: | $217,459 |

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Jenee K. Ciccarelli, Esq./Marta Estrada, Realtor |
| Amount to be paid: | $2500 Legal Fees/$13,047.54 Commission |
| Services rendered: | Closing Real Estate Transaction/Realtor |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Jenee K. Ciccarelli, Esq.

Address: Ciccarelli Law, PC, 239 New Rd., Bldg. A, Ste. 301, Parsippany, NJ 07054

Telephone No.: (973) 737-9060

*rev.8/1/15*