UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenèe K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Road, Building A, Suite 301
Parsippany, New Jersey 07054
Phone: 973-737-9060
Fax: 973-619-0023
jenee@jc-lawpc.com
Attorney for Debtor.

Case No.: 17-34160
Chapter: 13

In Re:

Arlette Hernandez,

Debtor.

Adv. No.:
Hearing Date: June 16, 2022
Judge: Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, _____Nyrva Redmond_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for ___Jenee K. Ciccarelli, Esq.___, who represents ___Debtor___ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On ___May 25, 2022___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Motion to Sell Property Free and Clear of Liens Under Section 363(f)
   Certification of Debtor
   Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 5/25/2022

/s/ Nyrva Redmond
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd, St. 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Arlette Hernandez<br>51 Willard Avenue<br>Bloomfield, NJ 07003-4830 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Mailing Matrix | Creditors/Interested Parties | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0312-2<br>Case 17-34160-VFP<br>District of New Jersey<br>Newark<br>Mon Nov 23 16:39:22 EST 2020 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Toyota Motor Credit Corporation as servicer<br>P.O. Box 340514<br>Tampa, FL 33694-0514 |
| U.S. Bankruptcy Court<br>MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102-3550 | Buckley Madole, PC<br>99 Wood Avenue South, Ste 803<br>Iselin, NJ 08830-2713 | Certified Credit & Collection Bureau<br>PO Box 1750<br>Whitehouse Station, NJ 08889-1750 |
| Chase<br>PO Box 78035<br>Phoenix, AZ 85062-8035 | Clara Mass Medical Center<br>PO Box 29948<br>New York, NY 10087-9948 | Ganj<br>PO Box 51074<br>Newark, NJ 07101-5174 |
| HCS Collections<br>PO Box 306<br>Waldwick, NJ 07463-0306 | Hackensack UMC/Mountainside<br>1 Bay Avenue<br>Montclair, NJ 07042-4837 | Internal Revenue Service<br>SBSE/Insolvency Unit of the IRS<br>PO Box 330500-Stop 15<br>Detroit, MI 48232 |
| Mohela<br>PO Box 10537<br>Atlanta, GA 30310-0537 | Phoenix Financial Services, LLC<br>PO Box 361450<br>Ste 200<br>Cincinnati, OH 45236 | Premier Endoscopy, LLC<br>164 Brighton Road<br>Clifton, NJ 07012-1499 |
| Specialized Loan Servicing, LLC<br>PO Box 636005<br>Littleton, CO 80163-6005 | St Mary's Hospital<br>c/o CCCB<br>PO Box 1750<br>Whitehouse Station, NJ 08889-1750 | Summit Medical Group<br>PO Box 14000<br>Belfast, ME 04915-4033 |
| System<br>PO Box 29948<br>New York, NY 10087-9948 | The Bank of New York Mellon Trustee (See 410<br>c/o Specialized Loan Servicing LLC<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111-4720 | Toyota<br>PO Box 5326<br>Carol Stream, IL 60197-5326 |
| Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | U S Department of Education/MOHELA<br>633 Spirit Drive<br>Chesterfield, MO 63005-1243 |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102-5235 | Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Wells Fargo<br>PO Box 77053<br>Minneapolis, MN 55480-7753 |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Arlette Hernandez<br>51 Willard Avenue<br>Bloomfield, NJ 07003-4830 | Jenee K. Ciccarelli<br>Ciccarelli Law, PC<br>47 Park Avenue, Suite 304<br>07052<br>West Orange, NJ 07052-5500 |

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, N.A.<br>700 Kansas Ln, Mail Code LA4-5555<br>Monroe, LA 71203 | (d) Chase Bank, N.A.<br>ATTN: HE Payment Processing<br>Mail Code OH14-7164<br>3415 Vision Drive<br>Columbus, OH  43219-6009 | Toyota Motor Credit Corp.<br>5005 N. River Blvd. NE<br>Cedar Rapids, IA 52411-6634 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Specialized Loan Servicing, LLC as Service | (u)The Bank of New York Mellon, f/k/a The Ban | End of Label Matrix<br>Mailable recipients   30<br>Bypassed recipients    2<br>Total                 32 |