| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on July 22, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>ARLETTE HERNANDEZ | Case No.:  17-34160 VFP<br><br>Hearing Date:  7/21/2022 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 22, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): ARLETTE HERNANDEZ

Case No.: 17-34160

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 07/21/2022 on notice to JENEE K. CICCARELLI, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 7/28/2022 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-34160-VFP
Arlette Hernandez                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 22, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#       Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Arlette Hernandez, 51 Willard Avenue, Bloomfield, NJ 07003-4830 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Jenee K. Ciccarelli | on behalf of Debtor Arlette Hernandez info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing LLC as Servicer for The Bank of New York Mellon, f/k/a The Bank of New York, as Successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset-Backed KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Marie-Ann Greenberg | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 22, 2022 | Form ID: pdf903 | Total Noticed: 1 |

    magecf@magtrustee.com

Michael J. Milstead

    on behalf of Creditor The Bank of New York Mellon  successor to JPMorgan Chase Bank, N.A., as trustee
    michael@milsteadlaw.com

Rebecca Ann Solarz

    on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase
    Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD3, Asset-Backed Certifi
    rsolarz@kmllawgroup.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8