UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Arlette Hernandez,

Debtor

Case No.: 17-34160

Adversary No.: _____

Chapter: 13

Judge: Papalia

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Arlette Hernandez
(Example: John Smith, creditor)

Old address:   51 Willard
               Bloomfield, NJ 07003-4830

New address:   9131 Wine Cellar Ave.
               Las Vegas, NV 89148

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  10/03/2022                    *Arlette Hernandez*
                                      Signature

rev.8/1/2021