| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Arlette Hernandez**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3441<br>EIN   \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_\_\_\_<br>EIN   \_\_–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–34160–VFP | | |

# Order of Discharge                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Arlette Hernandez


<u>2/17/23</u>                                                            **By the court:**  <u>Vincent F. Papalia</u>
                                                                                        United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-34160-VFP |
| Arlette Hernandez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 17, 2023 | Form ID: 3180W | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Arlette Hernandez, 913 Wine Cellar Ave, Las Vegas, NV 89148 |
| r | + | Marta Estrada, Panthera Realty, 51 Willard Avenue, Bloomfield, NJ 07003-4830 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Toyota Motor Credit Corporation as servicer for To, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517204139 | + | Buckley Madole, PC, 99 Wood Avenue South, Ste 803, Iselin, NJ 08830-2713 |
| 517204141 | | Chase, PO Box 78035, Phoenix, AZ 85062-8035 |
| 517204143 | + | Ganj, PO Box 51074, Newark, NJ 07101-5174 |
| 517204144 | + | Hackensack UMC/Mountainside, 1 Bay Avenue, Montclair, NJ 07042-4837 |
| 517204146 | + | Mohela, PO Box 10537, Atlanta, GA 30310-0537 |
| 517204147 | | Phoenix Financial Services, LLC, PO Box 361450, Ste 200, Cincinnati, OH 45236 |
| 517204148 | + | Premier Endoscopy, LLC, 164 Brighton Road, Clifton, NJ 07012-1499 |
| 517441318 | | St Mary's Hospital, c/o CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517204150 | + | Summit Medical Group, PO Box 14000, Belfast, ME 04915-4033 |
| 517204151 | + | System, PO Box 29948, New York, NY 10087-9948 |
| 517204152 | + | Toyota, PO Box 5326, Carol Stream, IL 60197-5326 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: JPMORGANCHASE | Feb 18 2023 01:34:00 | JPMORGAN CHASE BANK, N.A., 700 Kansas Ln, Mail Code LA4-5555, Monroe, LA 71203 |
| 517204140 | + | Email/Text: bankruptcy@certifiedcollection.com | Feb 17 2023 20:41:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517204142 | + | Email/Text: ebn@rwjbh.org | Feb 17 2023 20:42:00 | Clara Mass Medical Center, PO Box 29948, New York, NY 10087-9948 |
| 517232571 | + | Email/Text: info@payhcs.com | Feb 17 2023 20:42:00 | HCS Collections, PO Box 306, Waldwick, NJ 07463-0306 |
| 517204145 | | EDI: IRS.COM | Feb 18 2023 01:34:00 | Internal Revenue Service, SBSE/Insolvency Unit of the IRS, PO Box 330500-Stop 15, Detroit, MI 48232 |
| 517382129 | | EDI: JPMORGANCHASE | Feb 18 2023 01:34:00 | Chase Bank, N.A., ATTN: HE Payment Processing, Mail Code OH14-7164, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 519788984 | | Email/Text: EBN@Mohela.com | Feb 17 2023 20:41:00 | DEPARTMENT OF EDUCATION/MOHELA, PO BOX 105347, ATLANTA, GA 30348-5347 |
| 517216865 | | Email/Text: EBN@Mohela.com | Feb 17 2023 20:41:00 | U S Department of Education/MOHELA, 633 |

Case 17-34160-VFP   Doc 173   Filed 02/19/23   Entered 02/20/23 00:13:27   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2023 | Form ID: 3180W | Total Noticed: 35 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Spirit Drive, Chesterfield, MO 63005 |
| 517204149 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Feb 17 2023 20:41:00 | | Specialized Loan Servicing, LLC, PO Box 636005, Littleton, CO 80163-6005 |
| 517204153 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com Feb 17 2023 20:41:00 | | Toyota Motor Credit Corp., 5005 N. River Blvd. NE, Cedar Rapids, IA 52411-6634 |
| 517226556 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Feb 17 2023 20:41:00 | | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519448143 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 17 2023 20:42:00 | | The Bank of New York Mellon, successor to JPMorga, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, The Bank of New York Mellon, successor t, Serviced by Select Portfolio Servicing, |
| 519448142 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 17 2023 20:42:00 | | The Bank of New York Mellon, successor to JPMorga, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517298851 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com Feb 17 2023 20:41:00 | | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519066039 | | Email/PDF: bncnotices@becket-lee.com Feb 17 2023 20:45:27 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517326631 | + | EDI: AIS.COM Feb 18 2023 01:34:00 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517204154 | + | EDI: WFFC.COM Feb 18 2023 01:34:00 | | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| 517397643 | | EDI: WFFC2 Feb 18 2023 01:34:00 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:

**Name**                    **Email Address**

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 17, 2023 | Form ID: 3180W | Total Noticed: 35

Denise E. Carlon
    on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD3, Asset-Backed Certifi dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bk@stewartlegalgroup.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com

Jenee K. Ciccarelli
    on behalf of Debtor Arlette Hernandez info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Keri P. Ebeck
    on behalf of Creditor Specialized Loan Servicing  LLC as Servicer for The Bank of New York Mellon, f/k/a The Bank of New York, as Successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset-Backed KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Michael J. Milstead
    on behalf of Creditor The Bank of New York Mellon  successor to JPMorgan Chase Bank, N.A., as trustee bkecf@milsteadlaw.com, bkecf@milsteadlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8